UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAREY EDWARDS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:14-cv-00988-APG-CWH<br><br>**ORDER** |

　　　Pursuant to the Scheduling Order (Dkt. #22), the parties were required to file a proposed joint pretrial order by May 12, 2015. Nothing was filed.

　　　IT IS ORDERED that the parties shall file a proposed joint pretrial report on or before July 15, 2015.

　　　DATED this 1st day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE