# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| CAREY EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:14-cv-00988-APG-CWH<br><br>**ORDER** |

Pursuant to the Scheduling Order (Dkt. #22), the parties were required to file a proposed joint pretrial order by May 12, 2015. Nothing was filed.

IT IS ORDERED that the parties shall file a proposed joint pretrial order on or before July 15, 2015.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE